IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BENTLEY HEALTHCARE, LLC                                                                    PLAINTIFF

v.                                            Case No. 4:20-cv-4064

ZURICH AMERICAN
INSURANCE COMPANY                                                                          DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Withdraw.  ECF No. 21.  Defendant moves to withdraw its previous Motion to Compel Plaintiff's Response to Defendant's Third Request for Production.  ECF No. 20.  Defendant states that after filing the previous motion to compel, Plaintiff subsequently responded to the discovery request.  Therefore, Defendant wishes to withdraw its pending motion to compel.

Upon review, the Court finds that good cause for the instant motion has been shown.  Accordingly, Defendant's Motion to Withdraw (ECF No. 21) is hereby **GRANTED**.  Defendant's Motion to Compel Plaintiff's Response to Defendant's Third Request for Production (ECF No. 20) is hereby **WITHDRAWN**.

**IT IS SO ORDERED**, this 23rd day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge